UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI PERTSONI, | No. C 08-1891 MHP (pr) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| ROBERT AYERS, JR., warden, | |
| Respondent. | |

Petitioner's request for voluntary dismissal is GRANTED. (Docket # 4.) This action is dismissed without prejudice. In light of the dismissal, respondent's motion to stay the action is DENIED as moot. (Docket # 3.)

IT IS SO ORDERED.

DATED: November 21, 2008

Marilyn Hall Patel
United States District Judge