**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI PERTSONI, | No. C 08-1891 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT AYERS, JR., warden, | |
| Respondent. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED:   November 21, 2008

Marilyn Hall Patel
United States District Judge